**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00770-CR
No. 05-14-00771-CR

**STEVEN DWAYNE FERRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-72590-L, F14-54495-L**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandates in these appeals **INSTANTER**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE